PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Fatima Muller                                      Cr.: 12-00785-001
                                                                     PACTS #: 63303

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/10/2014

Original Offense: Loan Application Fraud

Original Sentence: 3 years probation

Special Conditions: Financial Disclosure, New Debt Restrictions, $100 Special Assessment, and $180,800 in Restitution.

Type of Supervision: Probation                    Date Supervision Commenced: 09/10/2014

## STATUS REPORT

We believe that Ms. Muller has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $7,300 towards her restitution. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any uncollected criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Muller's term of supervision to expire as scheduled on September 9, 2017.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date: 05/15/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time – Supervision to Expire on September 9, 2017.
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
Date
June 5, 2017